## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 03-4109

Filed: April 12, 2006

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

MATTHEW MOYE

        Defendant - Appellant

### MANDATE

    Pursuant to the court's disposition that was filed 3/21/06 the mandate for this case hereby issues today.

A True Copy.

COSTS: None               Attest:

Filing Fee ..........$
Printing ...........$

    Total ........$                      Deputy Clerk