UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

vs.     Case No.   1:02-cr-134

Matthew Moye,
    Defendant

## ORDER

The Defendant has shown through a Financial Affidavit of his inability to retain counsel.

Therefore, the Federal Public Defender's Office is hereby **ORDERED** to represent Defendant on Resentencing.

Date: April 25, 2006         s/Sandra S. Beckwith
                                                                  Sandra S. Beckwith, Chief Judge
                                                                  United States District Court