# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,
    Plaintiff

    vs                                    Case No.  1:02-cr-134

Matthew Moye,
    Defendant

## AMENDED[1] WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To the United States Marshal for the Southern District of Ohio; and the Warden of the Federal Correctional Institution at Loretto, Pennsylvania:**

    You are commanded to have the person of **Matthew Moye, Inmate 03632-061,** the party in interest in this case, currently restrained in the Federal Correctional Facility at **Loretto, Pennsylvania**, conveyed under safe and secure conduct, and maintained under safe and secure conduct, **before the United States District Court for the Southern District of Ohio, in Room 822, Potter Stewart Courthouse, 100 East Fifth Street, Cincinnati, Ohio on July 7, 2006 at 10:00 a.m.** and each day thereafter until the Resentencing hearing is completed, and thereafter return said party to the place said party was originally restrained, there being no further orders of this Court to the contrary.

    In the event said inmate is no longer in your custody, please notify the Court immediately.

Date: May 19, 2006                                  s/Sandra S. Beckwith
                                                                     Sandra S. Beckwith, Chief Judge
                                                                     United States District Court

---

    [1]Writ is being amended to correct the proper institution in the body of the text.