# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.  Case No. 1:02-cr-134

**Matthew Moye**

### CRIMINAL MINUTES - Resentencing
*(12:04 - 12:29)*

U.S. ATTORNEY PRESENT: *Timothy Oakley*

COUNSEL FOR DEFENDANT: *Kelly Johnson*

PROBATION OFFICER: *Lisa Gruner*

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of: Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: GUILTY *Counts II & III*

   NOT GUILTY _____

   NOLO CONTENDERE _____

Plea *preliminarily/formally* accepted by the court ✓

Case referred to Probation Department for Presentence Report _____

Bond of_____ Continued _____ Set _____

Defendant in custody ~~pursuant~~ to ~~pretrial detention order~~ *SERVING SENTENCE* ✓

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time ✓

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

**REMARKS:**

SENTENCE: 84 months imprisonment on Count II &
60  "       "      on Count III
to run consecutively followed by
5 years supervised release on each
Count to run concurrently
$1,000 fine (on Ct. III)
$200 assessment (total)
Regs. incarceration to be closest to Cincin. &
be permitted to participate in an
electronics ~~~~ educational program

**Court Personnel**

**Honorable: Sandra S. Beckwith, Chief Judge**

**Deputy Clerk:** Mary Brown

**Court Reporter:** Mary Ann Ranz (Official)

**Date:** Wed., August 30, 2006

2