AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

FILED

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| MATTHEW MOYE | Case Number: 1:02-CR-0134 |
| | USM Number: 03632-061 |
| | W. Kelly Johnson |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)  2 and 3

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§841(a)(1) and (b)(1)(B)(iii) | Possession with intent to distribute cocaine base | | Two |
| 18 U.S.C. §924(c)(1) | Carrying firearm during drug-trafficking offense | | Three |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)  One   X is   ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 30, 2006
Date of Imposition of Judgment

_/s/_
Signature of Judge

Sandra S. Beckwith, Chief Judge
Name and Title of Judge

August 30, 2006
Date

I certify that this is a true and correct copy of the original filed in my Office on  8/31/04 .
JAMES BONINI, CLERK
BY: _____
Deputy Clerk
DATE: 8/31/04

* Please execute and return in attached envelope

AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:    MATTHEW MOYE                                  Judgment — Page  2  of  6
CASE NUMBER:  1:02-CR-0134

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Eighty-Four (84) months on Count Two and Sixty (60) months on Count Three, to be served consecutively.

X  The court makes the following recommendations to the Bureau of Prisons:
   Defendant be permitted to participate in an electronics training program, and that he be placed as close to Cincinnati, Ohio as possible.

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____  ☐ a.m.  ☐ p.m.  on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


_____
                                          UNITED STATES MARSHAL

                                        By _____
                                          DEPUTY UNITED STATES MARSHAL